UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR04-128-MJP |
| Plaintiff, ) | |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| PRECIOUS REED, ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |
| _____ ) | |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on April 21, 2008. The United States was represented by Assistant United States Attorney J. Tate London, and the defendant by Lee A. Covell.

The defendant had been charged and convicted of Conspiracy to Make, Utter and Possess Counterfeit Securities, in violation of 18 U.S.C. § 371. On or about February 15, 2005, defendant was sentenced by the Honorable Marsha J. Pechman to ninety (90) days in custody, to be followed by three (3) years supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, substance abuse program, financial disclosure, $42,500 restitution, 180 days home confinement with electronic monitoring, participating in a parenting class, as approved, submit to search, do not obtain or possess any identification other than in defendant's own name, no new credit or credit charges without permission.

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE
PAGE 1

In a Petition for Warrant or Summons, dated April 11, 2008, U.S. Probation Officer Jonathan M. Ishii asserted the following violations by defendant of the conditions of his supervised release:

(1) Committing the crime of Attempted Possession of Cocaine on or about October 4, 2007, in violation of the general condition to not commit another federal, state or local crime.

(2) Consuming cocaine on or about January 7, 2008, in violation of the special condition to abstain from the use of alcohol and/or other intoxicants during the term of supervision.

The defendant was advised of his rights, acknowledged those rights, and admitted to the two alleged violations.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations numbers 1 and 2, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has not been set before the Honorable Marsha J. Pechman

Pending a final determination by the Court, the defendant has been released, subject to supervision and additional bond requirements, including home detention and participation in a drug treatment program.

DATED this 21st day of April, 2008.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge:        Honorable Marsha J. Pechman
    AUSA:                  Mr. J. Tate London
    Defendant's attorney:  Mr. Lee A. Covell
    Probation officer:     Mr. Jonathan M. Ishii

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE
PAGE 2